924

No. 459. BROWNFIELD *v.* LANDON. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Byron N. Scott* for petitioner. *Solicitor General Cox, Acting Assistant Attorney General Guilfoyle, Morton Hollander* and *Kathryn H. Baldwin* for respondent.

No. 462. ALABAMA POWER CO. ET AL. *v.* FEDERAL POWER COMMISSION. C. A. 5th Cir. Certiorari denied. *A. J. G. Priest, Joseph M. Farley, Edwin J. Wesely, Frank Snell, Daniel James, William H. Schroder, Major T. Bell, Andrew P. Carter, Garner W. Green, Sam B. Chase, Bradford S. Magill, Richard H. Peterson, Vincent P. McDevitt, Eugene J. Bradley, Cornelius Means, Wendell W. Black* and *John W. Riely* for petitioners. *Solicitor General Cox, Richard A. Solomon, Howard E. Wahrenbrock, Leonard D. Eesley* and *Drexel D. Journey* for respondent.

No. 465. BEACH, ALIAS HICKEY, *v.* ONEIDA NATIONAL BANK & TRUST CO. OF CENTRAL NEW YORK ET AL. C. A. 2d Cir. Certiorari denied. *William B. Collins* for petitioner. *G. Edward LaGatta* for Oneida National Bank & Trust Co. of Central New York, and *Donald Spadone* for McMahon, respondents.

No. 468. PEKE *v.* NEW MEXICO. Supreme Court of New Mexico. Certiorari denied. *W. Peter McAtee* for petitioner.

No. 469. LARKIN, DOING BUSINESS AS LARKIN COMPANY, *v.* PLATT CONTRACTING CO., INC., ET AL. C. A. 1st Cir. Certiorari denied. Petitioner *pro se. Francis L. Swift* for respondents.